

Tuesday, May 5, 2015

No. 14–0658/AR. U.S. v. Corey J. Bennett. CCA 20111107. On consideration of the motion filed by Major M. Patrick Gordon, for leave to withdraw as appellate defense counsel, it appears that the Judge Advocate General has assigned another counsel to represent Appellant and that the new attorney has assumed the representation of said Appellant. Accordingly, it is ordered that said motion is hereby granted.

No. 15–0510/MC. U.S. v. Monifa J. Sterling. CCA 201400150. Appellant's second motion to extend time to file the supplement to the petition for grant of review granted to May 19, 2015.

No. 15–0532/NA. U.S. v. Jeramie M. Hutchinson. CCA 201400022. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to May 21, 2015.

Wednesday, May 6, 2015